**UNITED STATES DISTRICT COURT**
Southern District of Florida



| FILED by ___ APPEAL | Appeal Section 305-523-5080 |

SEP 1 3 2007

CLARENCE MADDOX
Clerk of Court

Date: September 6, 2007

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**07-14183HH**

IN RE:  District Court No.: 06-81117-CV MIDDLEBROOKS    U.S.C.A. No.: _____

Style: RABINOWITZ v. ANDERSON, et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal:  YES |
|   | Date(s) of other notice(s): _____ |
|   | _____ volume(s) of pleadings;  _____ volume(s) of transcripts; |
|   | _____ volume(s) of exhibits/depositions; other: _____ |
|   | There was no hearing from which a transcript could be made. |
| X | Copy of DOCKET SHEET enclosed. |
|   | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid  YES |
|   | Date paid  8/30/07   Receipt No.  965713 |
|   | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is: DONALD M. MIDDLEBROOKS |
| X | The Court Reporter(s): KARL SHIRES |
|   | This is an appeal of a bankruptcy order. |
|   | Bankruptcy Judge: _____ |
|   | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hill_
        Deputy Clerk

c:  court file

| 301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100 | 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |