# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 19, 2007

FILED by _____ D.C.
APPEALS

OCT 2 3 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788

**Appeal Number: 07-14183-HH**
Case Style: Jerry Rabinowitz v. Dr. Arthur Anderson
District Court Number:  06-81117 CV-DMM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

07-14183-HH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 9 2007

THOMAS K. KAHN
CLERK

JERRY RABINOWITZ,

Plaintiff-Appellant,

versus

DR. ARTHUR ANDERSON,
PALM BEACH COUNTY SUPERVISOR OF ELECTIONS,

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal with prejudice is GRANTED.

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: _____
DEPUTY CLERK
ATLANTA, GEORGIA